UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. Corporation,<br><br> Plaintiff,<br><br>v.<br><br>The Partnerships Identified on Schedule A,<br><br> Defendants. | Case No.: 1:25-cv-11349<br><br>Judge Matthew F. Kennelly |

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST THE DEFENDANTS IDENTIFIED ON AMENDED SCHEDULE A**

 Plaintiff, E.L.O. Corporation ("ELO" or "Plaintiff"), hereby moves this Honorable Court for Entry of Default and Default Judgment against the Defendants identified on Amended Schedule A, attached hereto (collectively, the "Defaulting Defendants"), with the exception of certain Defendants [1]. Plaintiff files herewith a Memorandum of Law in support.

Dated: February 3, 2026      Respectfully submitted,

                 */s/ Gouthami V. Tufts*
                 Ann Marie Sullivan
                 Alison K. Carter
                 Gouthami V. Tufts

                 **Sullivan & Carter, LLP**
                 111 W. Jackson Blvd., Ste 1700
                 Chicago, Illinois 60604
                 929-724-7529
                 g.tufts@scip.law
                 ***ATTORNEYS FOR PLAINTIFF***

---

[1] ELO's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: 9. RELIFE REBUILD YOUR LIFE; 14. Pithage Sports; 15. FYshui; 16. Jkung; 26. Colwus; 32. Skymirror Co.Ltd; 34. Taolixe; 41. GZZQY Co.Ltd; and 83. MERACH FITNESS.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 3, 2026, a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website as well as a copy of the documents filed by the Plaintiff.

                                                */s/ Gouthami V. Tufts*
                                                Gouthami V. Tufts