**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| E.L.O. CORPORATION, | |
| PLAINTIFF, | |
| V. | CASE NO.: 1:25-CV-11349 |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | JUDGE MATTHEW F. KENNELLY |
| DEFENDANTS. | |

# AMENDED SCHEDULE A

| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 1 | DISMISSED | DISMISSED | | | |
| 2 | DISMISSED | DISMISSED | | | |
| 3 | DISMISSED | DISMISSED | | | |
| 4 | YNXing | walmart.com/reviews/seller/101112364 | $12.99 | YNXing Thigh Master Thigh Trimmer Thin Body/Thigh Toner & Butt, Leg, Arm Toner/Leg Exerciser Home Gym Equipment Best for Weight Loss Thin Thigh | |
| 5 | UrbanNestGoods | walmart.com/reviews/seller/101128105 | $5.14 | Thigh Master Toner Multifunctional Adult Yoga Exercise Leg Machine, Steel Green. | |
| 6 | DISMISSED | DISMISSED | | | |
| 7 | RUseeN | walmart.com/reviews/seller/101190279 | $15.99 | RUseen 12" x 6" Kegel Exercise Products for Women Kegel Exerciser Pelvic Floor Strengthening Device Women Pelvic Trainer Kegel Exerciser for Women Thigh Master Thigh Elxerciser | |
| 8 | DISMISSED | DISMISSED | | | |
| 9 | EXCEPTION | EXCEPTION | | | |
| 10 | Hadanceo | walmart.com/reviews/seller/101214079 | $33.47 | Hadanceo Thigh Master Pelvic Floor Trainer Resistance Adjustment 360-Degree Rotatable Kegel Trainer Leg Toning Equipment | |
| 11 | DISMISSED | DISMISSED | | | |
| 13 | DISMISSED | DISMISSED | | | |
| 12 | DISMISSED | DISMISSED | | | |
| 14 | EXCEPTION | EXCEPTION | | | |
| 15 | EXCEPTION | EXCEPTION | | | |



| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 16 | EXCEPTION | EXCEPTION | | | |
| 17 | TNOBHG | walmart.com/reviews/seller/101563262 | $35.79 | Tnobhg Thigh Master Pelvic Floor Trainer Resistance Adjustment 360-Degree Rotatable Kegel Trainer Leg Toning Master Equipment | |
| 18 | DISMISSED | DISMISSED | | | |
| 19 | DISMISSED | DISMISSED | | | |
| 20 | TuseyRxln | walmart.com/reviews/seller/101585361 | $20.99 | Zmeidao Clearance Thigh Master Leg Muscle Fitness Workout Exercise Multi-function Gym Equipment | |
| 21 | DISMISSED | DISMISSED | | | |
| 22 | DISMISSED | DISMISSED | | | |
| 23 | LELEE shop | walmart.com/reviews/seller/101597137 | $24.99 | LELEE 2025 Upgraded Thigh Master LED Pelvic Floor Exercise Device, 10-78LB Inner Thigh Exerciser, 360° Hip Trainer Kegel Exerciser with Resistance Band for Strength Training | |
| 24 | DISMISSED | DISMISSED | | | |
| 25 | Tangbo LLC | walmart.com/reviews/seller/101608856 | $39.59 | Gstewii Thigh Master Adjustable Thigh Exerciser Resistance with Counter Muscle Trainer | |
| 26 | EXCEPTION | EXCEPTION | | | |
| 27 | DISMISSED | DISMISSED | | | |
| 28 | DISMISSED | DISMISSED | | | |



| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 29 | Bienvenido | walmart.com/reviews/seller/101643904 | $21.99 | Thigh Master Muscle Toner for Leg and Arm Exercise, Multi-Color, Portable Home Fitness Equipment | |
| 30 | DISMISSED | DISMISSED | | | |
| 31 | DISMISSED | DISMISSED | | | |
| 32 | EXCEPTION | EXCEPTION | | | |
| 33 | VivaCasa | walmart.com/reviews/seller/101668578 | $25.69 | Thigh Master Thigh Exerciser For Women, Inner Thigh Exerciser With LED Counting Display, Adjustable Resistance Hip And Pelvis Trainer, Offer | |
| 34 | EXCEPTION | EXCEPTION | | | |
| 35 | Sliioart Co.Ltd | walmart.com/reviews/seller/101674199 | $30.99 | Sportteer Pelvic Floor Muscles Thigh Master Intelligent Counting Fitness Tool Thigh Pelvic Floor Muscle Trainer Digital Display Counter, Ideal for Men and Women, Leg Hip Exerciser | |
| 36 | Ssmy | walmart.com/reviews/seller/101682781 | $17.99 | Thigh Master Big Resistance, Pelvic Muscle Kegel Exerciser, Inner Thigh Toner, Men Kegel, Hip Trainer for Women, Strength Training Equipment, Super Kegel Thigh Exerciser | |
| 37 | DISMISSED | DISMISSED | | | |



4

| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 38 | LIVEST Co.Ltd | walmart.com/reviews/seller/102481725 | $33.99 | LIVEST Thigh Master with Counter LCD Display 3 Levels Adjustable Ergonomic Pelvic Floor Muscle Trainer Men Women Inner Thigh Leg Hip Exerciser Toner, Pink | |
| 39 | QDJZ Internet Co., ltd | walmart.com/reviews/seller/102508844 | $31.99 | QDJZ Thigh Master with Counter LCD Display 3 Levels Adjustable Ergonomic Pelvic Floor Muscle Trainer Men Women Inner Thigh Leg Hip Exerciser Toner, Pink | |
| 40 | Ayun Department Store | walmart.com/reviews/seller/102509911 | $13.18 | Thigh Master Toner and Exerciser - Gray | |
| 41 | EXCEPTION | EXCEPTION | | | |
| 42 | ENOKING | walmart.com/reviews/seller/102523333 | $22.23 | MEVEM Thigh Master Kegel Inner Thigh Exerciser, Plastic Pelvic Floor Muscle Trainer for Man Women Red | |
| 43 | DISMISSED | DISMISSED | | | |
| 44 | Jingfunidao dianzishangwu | walmart.com/reviews/seller/102531352 | $38.63 | Thigh Master Thigh Exerciser&Resistance Bands, Thigh Toner, Inner Thigh Exercise Equipment, Kegel Exercise Products for Women Tightening, Thigh Exercise Equipment Upgrade 26 Pounds | |
| 45 | DISMISSED | DISMISSED | | | |



| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 46 | DISMISSED | DISMISSED | | | |
| 47 | PU QIN | walmart.com/reviews/seller/102575467 | $45.99 | Thigh Master, Home Fitness Equipment, Kegel Exerciser, Pelvic Floor Muscle Trainer, Inner Thigh Hip Exercise Workout Equipment for Women with Counter | |
| 48 | Trendy Picks Hub | walmart.com/reviews/seller/102577685 | $7.00 | Thigh Master with Cushioned Foam, Anti-Slip Arm & Leg Exerciser, Home Gym Fitness Equipment for Strength Training & Toning | |
| 49 | DISMISSED | DISMISSED | | | |
| 50 | DISMISSED | DISMISSED | | | |
| 51 | Changshashi YexiaoruoMaoyi LLC | walmart.com/reviews/seller/102607400 | $34.99 | Thigh Master 15-39LB Pelvic Floor Muscle Repair Trainer Kegel Inner Thigh Exercise Workout Equipment Pilates for Home Workouts Hip Under Desk Exercise Men Women with Band | |
| 52 | ENOKING Company | walmart.com/reviews/seller/102607601 | $20.99 | ENOKING Thigh Master Kegel Exerciser Equipment, Adjustable Resistance, 10-25 lbs | |
| 53 | DISMISSED | DISMISSED | | | |



6

| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 54 | Muoyuyab | walmart.com/reviews/seller/102627842 | $17.99 | Easter Thigh Master Leg Muscle Fitness Workout Exercise Multi-function Gym Equipment |  |
| 55 | yanwan | walmart.com/reviews/seller/102638422 | $35.88 | Aurora Glaze Pelvic Floor Trainer, Aurora Thigh Master for Women-360° Rotation | |
| 56 | DISMISSED | DISMISSED | | | |
| 57 | shujun | walmart.com/reviews/seller/102639836 | $39.89 | Aurora Glaze Pelvic Floor Trainer, Aurora Pelvic Floor Exerciser, Aurora Glaze Thigh Master for Women-360° Rotation, Aurora Glaze Pelvic Floor Exerciser, Digital Display Count, Thigh Toner Workout | |
| 58 | DISMISSED | DISMISSED | | | |
| 59 | langli69666 | walmart.com/reviews/seller/102725956 | $34.67 | Thigh Master for Women, Upgraded Pelvic Floor Muscle Thigh Master, 26 Pounds Pelvic Floor Muscle Trainer, Thigh Exerciser Master Deluxe Exerciser, Pelvic Floor Strengthening Device | |
| 60 | taiyuanlushunshangmao | walmart.com/reviews/seller/102742264 | $17.49 | YZSP Compact Thigh Exerciser Master Workout Tone Home Gym Equipment | |

7

| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 61 | ZHENG GUO SHOP | walmart.com/reviews/seller/102749927 | $40.99 | Thigh Master, Home Fitness Equipment, Kegel Exerciser, Pelvic Floor Muscle Trainer, Inner Thigh Hip Exercise Workout Equipment for Women with Counter | |
| 62 | Janie Mims | walmart.com/reviews/seller/102752381 | $69.99 | Thigh Master Thigh Exerciser, Hip & Inner Thigh Exercise Equipment, Pelvic Floor Muscle Trainer with Figure 8 Resistance Band for Arm Leg, Thigh Toner Kegel Exercise Products for Women | |
| 63 | DISMISSED | DISMISSED | | | |
| 64 | Ali Krasniqi | walmart.com/reviews/seller/102755771 | $37.99 | Thigh Master Thigh Exerciser for Women, Enhanced Resistance Hip Trainer Kegel Pelvic Floor Exercise Devices, Inner Thigh Exerciser Workout Equipment for Women Men | |
| 65 | SiMiaoMiao | walmart.com/reviews/seller/102756445 | $33.00 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 66 | zhangbobo | walmart.com/reviews/seller/102761440 | $20.90 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |



8

| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 67 | bokunhedianzishangwu | walmart.com/reviews/seller/102763361 | $35.00 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 68 | DISMISSED | DISMISSED | | | |
| 69 | DISMISSED | DISMISSED | | | |
| 70 | iyixinyang | walmart.com/reviews/seller/102773426 | $18.00 | Thigh Master for Inner Thighs, Workout Equipment for Home Gym Yoga Sport Weight Loss 1Pc | |
| 71 | Hai Ming | walmart.com/reviews/seller/102774325 | $28.00 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 72 | DISMISSED | DISMISSED | | | |
| 73 | XQHANG | walmart.com/reviews/seller/102777875 | $17.29 | Thigh Master & Butt, Leg, Arm Toner Leg Exerciser Home Gym Equipment All in One | |
| 74 | wenlian | walmart.com/reviews/seller/102786547 | $29.99 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Trimmer Thin Body, Leg Exercise Equipment, Arm Trimmers, Best for Weight Loss [Upgrade Version] | |



| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 75 | YuanYi0330 | walmart.com/reviews/seller/102787695 | $29.00 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 76 | zhouxiaoyong | walmart.com/reviews/seller/102787764 | $36.33 | Thigh Master, Thigh Trainer, Pelvic Floor Muscle Trainer, Inner Thigh Exercise Workout Equipment for Home, Pelvic Floor Strengthening Device Women | |
| 77 | HuJiShangMaoYouXianGongSi | walmart.com/reviews/seller/102817616 | $18.65 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 78 | NMKJ shopping | walmart.com/reviews/seller/102817912 | $25.99 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 79 | zhaozhao luo | walmart.com/reviews/seller/102818584 | $35.98 | 2025 Upgraded version Thigh Master, Thigh Master Thigh Exerciser, Leg, Arm Master for Home Gym Workout, Home Fitness Equipm Accurate And Valid Countent | |



| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 80 | UU Kitchen | walmart.com/reviews/seller/102821495 | $16.98 | Thigh Master, Thigh Trainer, Pelvic Floor Muscle Trainer, Inner Thigh Exercise Workout Equipment for Home, Pelvic Floor Strengthening Device Women |  |
| 81 | ranGu | walmart.com/reviews/seller/102823684 | $34.98 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 82 | guangzhouyanting | walmart.com/reviews/seller/102823719 | $28.00 | Thigh Master, Home Fitness Equipment, Workout Equipment of Arms, Inner Thigh Toners Master, Leg Exercise Equipment, Arm Trimmers | |
| 83 | EXCEPTION | EXCEPTION | | | |
| 84 | Longtengyue Ltd | walmart.com/reviews/seller/101580952 | $6.46 | Thigh Master Cushioned Foam- Arm, Leg, Butt Thigh Trimmer Home Gym Fitness Sport Equipment (Anti-slip) | |
| 85 | Lahoeai | walmart.com/reviews/seller/102613286 | $12.99 | Neyeski Thigh Master Exercise Equipment for Home Workouts Women Inner Butt Toner Pelvis Muscle Leg Press Machine Body Sculpting Hips Trainer, Arm Trimmers for Weight Loss Gym Yoga | |
| 86 | DISMISSED | DISMISSED | | | |

| No. | Defendant | URL | Price | Infringement | Infringement Image |
|---|---|---|---|---|---|
| 87 | Manyache | walmart.com/global/seller/102479547 | $40.99 | Manyache Thigh Master with Counter 0-77LBS Resistance Adjustable Pelvic Floor Muscle Trainer Men Women Inner Thigh Leg Hip Exerciser Toner Home Gym Workout Fitness Equipment | |