UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

E.L.O. CORPORATION,

     PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO.: 1:25-CV-11349

JUDGE MATTHEW F. KENNELLY

## FINAL DEFAULT JUDGMENT ORDER AS TO CERTAIN DEFENDANTS

This action, having been commenced by E.L.O. Corporation ("ELO" or "Plaintiff") against the Defendants identified on the attached Amended Schedule A to the Amended Complaint, with the exception of certain Defendants[1] (collectively, the "Defaulting Defendants") using the online marketplace accounts therein (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and ELO, having moved for entry of Default and Default Judgment against the Defaulting Defendants;

This Court, having entered upon a showing by ELO, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

ELO, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from online marketplace and payment processors, being notice reasonably calculated under all

---

[1] ELO's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: 9. RELIFE REBUILD YOUR LIFE; 14. Pithage Sports; 15. FYshui; 16. Jkung; 26. Colwus; 32. Skymirror Co.Ltd; 34. Taolixe; 41. GZZQY Co.Ltd; and 83. MERACH FITNESS.

circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered the Amended Complaint or appeared in any way, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since they directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Defendant Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademark (the "Counterfeit Products"). See [20] which includes screenshot evidence, confirming that each Defaulting Defendant does stand ready, willing, and able to ship the Counterfeit Products which bear counterfeit versions of the ThighMaster tademark, to customers in Illinois. True copy of Plaintiff's federally registered ThighMaster trademark (the "ThighMaster Trademark") was identified in the Amended Complaint [16] and filed as Exhibit 1 to the Amended Complaint [16-1].

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*);

IT IS HEREBY ORDERED that ELO's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.   Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a.  using the ThighMaster Trademark, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ThighMaster Product or not authorized by ELO to be sold in connection with the ThighMaster Trademark;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine ThighMaster Product or any other product produced by ELO, that is not ELO's or not produced under the authorization, control or supervision of ELO and approved by ELO, for sale under the ThighMaster Trademark;

c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of ELO, or are sponsored by, approved by, or otherwise connected with ELO;

d.  further infringing the ThighMaster Trademark and damaging ELO's goodwill;

e.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for ELO, nor authorized by ELO to be sold or offered for sale, and which bear any of the ThighMaster Trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

3

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other Seller Alias account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit Products; and,

g. operating and/or hosting websites at any other online marketplace registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the ThighMaster Trademark, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine ThighMaster Product, or not authorized by ELO to be sold in connection with the ThighMaster Trademark.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces, including but not limited to online marketplace, such as: Walmart, Inc. ("Walmart") (collectively referred to as the "Online Marketplace"), shall within five (5) business days of receipt of this Order:

a. Disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit goods using the ThighMaster Trademark, including any accounts associated with the Defaulting Defendants;

b. Disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit goods using the ThighMaster Trademark; and

c. Take all steps necessary to prevent links to the online marketplaces accounts identified on Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), ELO is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of

counterfeit ThighMaster Trademark on Counterfeit Products sold through at least the Defendant Internet Stores.

4.      Any third party who is providing services for any of the Defendants, or in connection with any of Defendant's websites at the online marketplace accounts or other websites operated by Defendants, including, without limitation, the Online Marketplace, payment processors, such as, PayPal, Inc. ("PayPal"),  Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), and Walmart Payments, Inc. ("Walmart Payments") (collectively, the "Payment Processors"), or other merchant account providers, distributors, and shippers (collectively, the "Third-Party Providers") shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or websites, from transferring or disposing of any money or other of Defaulting Defendants' assets.

5.      All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Third-Party Providers, are hereby released to ELO as partial payment of the above-identified damages, and the Third-Party Providers are ordered to release to ELO the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6.      Until ELO has recovered full payment of monies owed to it by any Defaulting Defendant, ELO shall have the ongoing authority to serve this Order on the Online Marketplaces, Payment Processors, and Third-Party Providers, for any Defaulting Defendant or any of Defaulting Defendants' online marketplace accounts or websites, in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Third-Party Providers shall within five (5) business days:

a.  Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any accounts connected to the information listed in Amended Schedule A and the email addresses associated with the Defaulting Defendants that are identified by either Defaulting Defendants or third parties;

b.  Restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants;

c.  Release all monies restrained in Defaulting Defendants' accounts to ELO, as partial payment of the above-identified damages; and,

d.  Upon Plaintiff's request, the Internet marketplace website operators, including the Online Marketplaces, or administrators for Seller Aliases, shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeit and infringing copies or reproductions of Plaintiff's ThighMaster Trademark.

7.      In the event that ELO identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, ELO may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses originally identified and served, and any email addresses provided for Defaulting Defendants by third parties.

8.      The bond posted by Plaintiff in the amount of $10,000.00, and any applicable or earned interest, is hereby ordered released by the Clerk to Plaintiff's counsel at Sullivan & Carter, LLP, 111 W. Jackson Blvd., Ste. 1700, Chicago, IL, 60604.

This is a Final Judgment.


Dated: February 5, 2026


_____

United States District Court Judge Matthew F. Kennelly

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

E.L.O. CORPORATION,

     PLAINTIFF,

v.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO.: 1:25-CV-11349

JUDGE MATTHEW F. KENNELLY

## AMENDED SCHEDULE A

| NO. | DEFENDANT | MARKETPLACE URL |
|---|---|---|
| 1 | DISMISSED | DISMISSED |
| 2 | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED |
| 4 | YNXing | walmart.com/reviews/seller/101112364 |
| 5 | UrbanNestGoods | walmart.com/reviews/seller/101128105 |
| 6 | DISMISSED | DISMISSED |
| 7 | RUseeN | walmart.com/reviews/seller/101190279 |
| 8 | DISMISSED | DISMISSED |
| 9 | EXCEPTION | EXCEPTION |
| 10 | Hadanceo | walmart.com/reviews/seller/101214079 |
| 11 | DISMISSED | DISMISSED |
| 13 | DISMISSED | DISMISSED |
| 12 | DISMISSED | DISMISSED |
| 14 | EXCEPTION | EXCEPTION |
| 15 | EXCEPTION | EXCEPTION |
| 16 | EXCEPTION | EXCEPTION |
| 17 | TNOBHG | walmart.com/reviews/seller/101563262 |
| 18 | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED |
| 20 | TuseyRxln | walmart.com/reviews/seller/101585361 |
| 21 | DISMISSED | DISMISSED |
| 22 | DISMISSED | DISMISSED |
| 23 | LELEE shop | walmart.com/reviews/seller/101597137 |
| 24 | DISMISSED | DISMISSED |
| 25 | Tangbo LLC | walmart.com/reviews/seller/101608856 |
| 26 | EXCEPTION | EXCEPTION |

8

| No. | Defendant | Marketplace URL |
|---|---|---|
| 27 | DISMISSED | DISMISSED |
| 28 | DISMISSED | DISMISSED |
| 29 | Bienvenido | walmart.com/reviews/seller/101643904 |
| 30 | DISMISSED | DISMISSED |
| 31 | DISMISSED | DISMISSED |
| 32 | EXCEPTION | EXCEPTION |
| 33 | VivaCasa | walmart.com/reviews/seller/101668578 |
| 34 | EXCEPTION | EXCEPTION |
| 35 | Sliioart Co.Ltd | walmart.com/reviews/seller/101674199 |
| 36 | Ssmy | walmart.com/reviews/seller/101682781 |
| 37 | DISMISSED | DISMISSED |
| 38 | LIVEST Co.Ltd | walmart.com/reviews/seller/102481725 |
| 39 | QDJZ Internet Co., ltd | walmart.com/reviews/seller/102508844 |
| 40 | Ayun Department Store | walmart.com/reviews/seller/102509911 |
| 41 | EXCEPTION | EXCEPTION |
| 42 | ENOKING | walmart.com/reviews/seller/102523333 |
| 43 | DISMISSED | DISMISSED |
| 44 | Jingfunidaodianzishangwu | walmart.com/reviews/seller/102531352 |
| 45 | DISMISSED | DISMISSED |
| 46 | DISMISSED | DISMISSED |
| 47 | PU QIN | walmart.com/reviews/seller/102575467 |
| 48 | Trendy Picks Hub | walmart.com/reviews/seller/102577685 |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |
| 51 | Changshashi YexiaoruoMaoyi LLC | walmart.com/reviews/seller/102607400 |
| 52 | ENOKING Company | walmart.com/reviews/seller/102607601 |
| 53 | DISMISSED | DISMISSED |
| 54 | Muoyuyab | walmart.com/reviews/seller/102627842 |
| 55 | yanwan | walmart.com/reviews/seller/102638422 |
| 56 | DISMISSED | DISMISSED |
| 57 | shujun | walmart.com/reviews/seller/102639836 |
| 58 | DISMISSED | DISMISSED |
| 59 | langli69666 | walmart.com/reviews/seller/102725956 |
| 60 | taiyuanlushunshangmao | walmart.com/reviews/seller/102742264 |
| 61 | ZHENG GUO SHOP | walmart.com/reviews/seller/102749927 |
| 62 | Janie Mims | walmart.com/reviews/seller/102752381 |
| 63 | DISMISSED | DISMISSED |
| 64 | Ali Krasniqi | walmart.com/reviews/seller/102755771 |
| 65 | SiMiaoMiao | walmart.com/reviews/seller/102756445 |
| 66 | zhangbobo | walmart.com/reviews/seller/102761440 |
| 67 | bokunhedianzishangwu | walmart.com/reviews/seller/102763361 |
| 68 | DISMISSED | DISMISSED |
| 69 | DISMISSED | DISMISSED |

| No. | DEFENDANT | MARKETPLACE URL |
|---|---|---|
| 70 | iyixinyang | walmart.com/reviews/seller/102773426 |
| 71 | Hai Ming | walmart.com/reviews/seller/102774325 |
| 72 | DISMISSED | DISMISSED |
| 73 | XQHANG | walmart.com/reviews/seller/102777875 |
| 74 | wenlian | walmart.com/reviews/seller/102786547 |
| 75 | YuanYi0330 | walmart.com/reviews/seller/102787695 |
| 76 | zhouxiaoyong | walmart.com/reviews/seller/102787764 |
| 77 | HuJiShangMaoYouXianGongSi | walmart.com/reviews/seller/102817616 |
| 78 | NMKJ shopping | walmart.com/reviews/seller/102817912 |
| 79 | zhaozhao luo | walmart.com/reviews/seller/102818584 |
| 80 | UU Kitchen | walmart.com/reviews/seller/102821495 |
| 81 | ranGu | walmart.com/reviews/seller/102823684 |
| 82 | guangzhouyanting | walmart.com/reviews/seller/102823719 |
| 83 | EXCEPTION | EXCEPTION |
| 84 | Longtengyue Ltd | walmart.com/reviews/seller/101580952 |
| 85 | Lahoeai | walmart.com/reviews/seller/102613286 |
| 86 | DISMISSED | DISMISSED |
| 87 | Manyache | walmart.com/global/seller/102479547 |